**Motion Granted and Order filed October 14, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00414-CV
_____

**SHAWNA K. MILNE, Appellant**

**V.**

**KOOROSH OLYAIE, Appellee**

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 541012101**

## O R D E R

No reporter's record has been filed in this case. On September 2, 2014, the official court reporter for County Civil Court at Law No 1 informed this court that appellant had not made arrangements for payment for the reporter's record. On September 9, 2014, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant has not provided this court with proof of payment.

On September 24, 2014, appellant filed a motion for extension of time to file his brief. The motion asserts "Counsel for the Appellant has not received a copy of the Court Reporter's Record." Appellant's motion does not assert that payment arrangements have been made for the reporter's record.

Accordingly, we order appellant to provide this court with proof of payment for the reporter's record within 15 days of the date of this order. *See* Tex. App. P.37.3(c). If appellant fails to file proof of payment in accordance with this order, appellant's brief is due to be filed in this court on or before November 24, 2014, in accordance with appellant's motion for an extension of time to file her brief.

PER CURIAM